UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES DURKIN, an individual,

                    Plaintiff,

vs.

MICHAEL FEIKES, an individual,

                    Defendant.

CASE NO.  C18-1666

NOTICE OF REMOVAL OF CIVIL ACTION

(King County District Court
Case No. 185-01021)

TO:     CLERK OF THE COURT OF UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON;

TO:     THE PARTIES HEREIN; and

TO:     THEIR COUNSEL OF RECORD:

COMES NOW Defendant, by and through the undersigned counsel of record and hereby respectfully files with the Court this Notice of Removal pursuant to Title 28, United States Code, Section 1442, to remove Case No. 185-01021 from King County District Court, to the United States District Court for the Western District of Washington.  In support of this notice, the United States submits the following:

NOTICE OF REMOVAL FROM CIVIL ACTION -
[C18-1666]- 1

1.      That on or about June 18, 2018, Plaintiff James Durkin, in his individual capacity, filed a Complaint in King County District Court against Defendant Michael Feikes.  Specifically, the Complaint takes issue with the conduct of Mr. Feikes, a TSA field attorney, during the course of his examination of Mr. Durkin during an administrative hearing before an administrative law judge in 2007. The Complaint seeks damages in the amount of $5,000.  *See* State Court Complaint, attached as Exhibit A.

2.      That the above-referenced state court action may be removed to the United States District Court under 28 U.S.C. § 1442(a)(1), because Mr. Feikes was an employee of the United States Department of Homeland Security, Transportation Security Administration, an agency of the United States of America, acting within the course and scope of his employment at all times relevant to the actions giving rise to the Complaint.  *See* Certification of U.S. Attorney Annette Hayes, which is attached as Exhibit B.

3.      Pursuant to 28 U.S.C. § 2679(d), the United States of America is the real party in interest for common law tort suits brought against federal employees acting within the scope of their employment.  Common law tort claims against the United States, its agencies, or its officers acting in the scope of their employment can only be brought pursuant to the Federal Tort Claims Act ("FTCA").  28 U.S.C. § 2679(b)(1).

4.      Under Local Rule CR 101(b), Defendant attaches copies of all records from the state court proceeding.

5.      A copy of this Notice of Removal is being served upon all parties to the underlying litigation and will be promptly filed with the clerk of King County District Court.

NOTICE OF REMOVAL FROM CIVIL ACTION -
[C18-1666]- 2

6.    Intradistrict Assignment.  Upon information and belief and during the relevant time period giving rise to the allegations of the Statement of Facts, Plaintiff is a resident of King County in Washington State.  Upon information and belief and during the relevant time period giving rise to the allegations of the Complaint, Mr. Feikes was employed by the Transportation Security Administration, located in King County, Washington.  Additionally, upon information and belief, the events giving rise to the Complaint took place in King County, Washington.  Accordingly, and pursuant to Local Rule CR 3(d), this case should be assigned to a judge in Seattle.

WHEREFORE, based upon the foregoing and pursuant to 28 U.S.C. § 1442(a)(1), the above-referenced action is removed from King County District Court to the United States District Court for the Western District of Washington.

DATED this 16th day of November, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Christina Fogg*
CHRISTINA FOGG, WSBA #40159
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4299
E-mail: christina.fogg@usdoj.gov

NOTICE OF REMOVAL FROM CIVIL ACTION -
[C18-1666]- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

That on the below date she filed the foregoing document with the Clerk of the Court and mailed a copy of the document to Plaintiff and Defendant via United States Postal Service, addressed as follows:

James Durkin
17225 Hillcrest Terrace SW
Burien, WA 98166
Phone: 206-261-4040
Email: jcdurkin@yahoo.com

DATED this 16th day of November, 2018

/s/ Marciano Quinonez
MARCIANO QUINONEZ
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-0882
E-mail: leann.yang@usdoj.gov

NOTICE OF REMOVAL FROM CIVIL ACTION -
[C18-1666]- 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970