District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DURKIN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL FEIKES, an individual,<br><br>        Defendant. | CASE NO. C18-1666 RSL<br><br>ORDER OF SUBSTITUTION<br>PURSUANT TO 28 U.S.C. § 2679(D)(1) |

Having reviewed the Notice of Substitution and a duly executed Certification of Annette Hayes, United States Attorney for the Western District of Washington, pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. § 2679(d)(1), substituting the United States of America as the defendant herein in place of Michael Feikes.

\\

\\

ORDER
[C18-1666 RSL]- 1

IT IS HEREBY ORDERED that the caption of this case be amended to read as follows:

JAMES DURKIN, an individual,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA;

    Defendant.

CASE NO. C18-1666 RSL

DATED this 10th day of January, 2019.

_____
Robert S. Lasnik
United States District Judge

Presented by:

ANNETTE L. HAYES
United States Attorney

*s/ Christina Fogg*
CHRISTINA FOGG, WSBA #40159
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4299
E-mail: christina.fogg@usdoj.gov

ORDER
[C18-1666 RSL]- 2